## CERTIFICATE OF SERVICE

I, James H. McMackin, III, hereby certify that on this 18th day of February, 2008, I have caused the following documents to be served electronically on the parties listed below:

**DEFENDANT'S MOTION TO DISMISS IN PART PLAINTIFF'S COMPLAINT**

Online service to:

    Herbert G. Feuerhake, Esquire
    521 West Street
    Wilmington, DE  19801

*[signature]*
James H. McMackin, III (#4284)