# CERTIFICATE OF SERVICE

I, James H. McMackin, III, hereby certify that on this 18th day of February, 2008, I have caused the following documents to be served electronically on the parties listed below:

**DEFENDANT'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS IN PART PLAINTIFF'S COMPLAINT**

Online service to:

>Herbert G. Feuerhake, Esquire
>521 West Street
>Wilmington, DE  19801

_____
James H. McMackin, III (#4284)