IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD WARNE, | ) | |
|         Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07-832-JJF |
| HOME OF MERCIFUL REST SOCIETY, d/b/a KENTMERE NURSING CARE CENTER, | ) ) ) ) ) | |
|         Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED by and between the undersigned counsel, at the request and direction of Defendant Home of Merciful Rest Society, d/b/a Kentmere Nursing Care Center, that Kevin Connors, Esquire be substituted as Defendant's attorney of record for David H. Williams, Esquire, and James H. McMackin, III, in all matters related to the above-captioned matter.

| MORRIS JAMES LLP | MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN |
|---|---|
| /s/ David H. Williams | /s/ Kevin J. Connors |
| David H. Williams (#616) | Kevin J. Connors (#2135) |
| dwilliams@morrisjames.com | kconnors@mdwcg.com |
| James H. McMackin, III | 1220 North Market Street |
| jmcmackin@morrisjames.com | 5th Floor |
| 500 Delaware Avenue, Suite 1500 | P.O. Box 8888 |
| Wilmington, DE  19801 | Wilmington, DE  19899-8888 |
| (302) 888-6900/5849 | (302) 552-4302 |
| Attorneys for Defendant | Attorneys for Defendant |
| Dated: 3/14/08 | Dated: 3-17-08 |

1716804/1