IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD WARNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.  07-832-JJF |
| | ) | |
| HOME OF MERCIFUL REST SOCIETY, | ) | JURY TRIAL DEMANDED |
| INC., d/b/a KENTMERE NURSING | ) | |
| CARE CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

TO: Clerk of Court
 J. Caleb Boggs Federal Building
 844 N. King Street
 Wilmington, DE  19801

PLEASE TAKE NOTICE:  Judith M. Kinney, Esquire, in addition to the appearance of record already entered by Kevin J. Connors, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin, hereby enters her appearance as co-counsel of record for *Defendant Home of Merciful Rest Society, d/b/a Kentmere Nursing Care Center* in the above-captioned matter.

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER,
 COLEMAN & GOGGIN**
/s/ *Judith M. Kinney  DE ID No. 3643*
Judith M. Kinney, Esquire
DE I. D. No. 3643
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4300
jmkinney@mdwcg.com

Date:  May 2, 2008

*Counsel for Defendant Home of Merciful Rest Society, d/b/a Kentmere Nursing Care Center*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD WARNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-832-JJF |
| | ) | |
| HOME OF MERCIFUL REST SOCIETY, | ) | JURY TRIAL DEMANDED |
| INC., d/b/a KENTMERE NURSING | ) | |
| CARE CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

Judith M. Kinney, Esquire, hereby certifies that on May 2, 2008, she caused true and correct copies of the *Entry of Appearance on behalf of Defendant Home of Merciful Rest Society, d/b/a Kentmere Nursing Care Center* to be served upon the following person via e-filing and U.S. Mail, postage prepaid:

Herbert G. Feuerhake, Esquire
Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

/s/ *Judith M. Kinney  DE ID No. 3643*
Judith M. Kinney, Esquire
DE I. D. No. 3643
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Date: May 2, 2008                (302) 552-4300
jmkinney@mdwcg.com

*Counsel for Defendant Home of Merciful Rest Society, d/b/a Kentmere Nursing Care Center*