# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA: Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
NEW JERSEY: Cherry Hill, Roseland
DELAWARE: Wilmington
OHIO: Akron
FLORIDA: Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK: New York

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905



**Direct Dial: 302-552-4377**
**Email: jmkinney@mdwcg.com**

June 9, 2008

***VIA E-FILING AND MAIL***
The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street
Room 4209
Wilmington, DE  19801

> Re:   **Ronald Warne v. Home of the Merciful Rest Society d/b/a/ Kentmere Nursing Care Center**
> **Our File No.:  21256-00834**
> **C.A. No.:  07-832  JJF**

Dear Judge Farnan:

On May 21, 2008, on behalf of the defense, I filed a motion to dismiss this action under Del. L.R. 41.1 for failure to prosecute because Plaintiff did not respond to the defense motion pending for over three months under Fed.R.Civ.P. 12(b)(6).  Other than the initial filing of the Complaint, there has been no activity in this case by Plaintiff.

The time for Plaintiff's response for the Rule 41.1 motion expired last week and again plaintiff has failed to submit a response to our papers.  Defendant respectfully submits that this case is now ripe for dismissal and requests that the Court dismiss the above-captioned action.

Respectfully submitted,

*/s/ Judith M. Kinney*

Judith M. Kinney, Esquire

JMK/hr

cc:   Herbert G. Feuerhake, Esquire (via e-file and mail)
15/630800.v1